**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., | Civil No. 0:12-cv-00299-SRN-JSM |
| Plaintiff, | **JOINT MOTION TO STAY THE ACTION PENDING REEXAMINATION OF THE PATENTS-IN-SUIT** |
| vs. | |
| NEST LABS, INC., BEST BUY CO., INC., BEST BUY STORES, L.P., and BESTBUY.COM, LLC | |
| Defendants. | |

Plaintiff Honeywell International Inc. and Defendants Nest Labs, Inc.; Best Buy Co., Inc.; Best Buy Stores, L.P.; and BESTBUY.COM, LLC hereby jointly move the Court to Stay this case pending reexamination of the patents-in-suit by the United States Patent And Trademark Office. Defendant Nest has requested that the USPTO reexamine each of the seven patents-in-suit. To date the USPTO has agreed to reexamine five of the seven patents at issue in this case. The other two patents are still awaiting decision by the USPTO. In light of the fact that at least a majority of the patents-in-suit will be subject to reexamination, the parties agree that a stay is appropriate to conserve party and judicial resources. In terms of administration of the stay, the parties have submitted herewith a proposed order which provides that any party, or the parties jointly, may move to lift or modify this stay at any time upon showing of good cause. The proposed order further provides that the Court will conduct a status conference approximately six months from

1

the date of the stay Order so that the parties may update the Court on the status of the reexamination proceedings.

    The proposed order staying the case will be submitted by email.

|  |  |
|---|---|
|  | FAEGRE BAKER DANIELS LLP |
| Dated: September 21, 2012 | *s/ Kenneth A. Liebman* |

Kenneth A. Liebman (No. 236731)
Randall E. Kahnke (No. 202745)
Andrew F. Johnson (No. 389331)

**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: ken.liebman@faegrebd.com
        randall.kahnke @ faegrebd.com
        andrew.johnson@faegrebd.com

Nina Y. Wang (*admitted pro hac vice*)
Joel D. Sayres (*admitted pro hac vice*)

**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Fax: (303) 607-3600
Email: nina.wang@faegrebd.com
        joel.sayres@faegrebd.com

**Attorneys for Plaintiff Honeywell International, Inc.**

|  |  |
|---|---|
|  | **FISH & RICHARDSON P.C.** |
| Dated: September 21, 2012 | *s/ Michael E. Florey* |
|  | Michael E. Florey (No. 214322) |
|  | Phillip W. Goter (No. 392209) |

**FISH & RICHARDSON P.C.**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Frank E. Scherkenbach
(pro hac vice to be filed)

**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Howard G. Pollack
(pro hac vice to be filed)
Erin C. Jones
(pro hac vice to be filed)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

**Attorneys for Defendant**
**NEST LABS, INC.**
**BEST BUY CO., INC.,**
**BEST BUY STORES, L.P., and**
**BESTBUY.COM, LLC**