UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HONEYWELL INTERNATIONAL, INC.,       CIVIL NO. 12-299 (SRN/JSM)

    Plaintiff,

v.                                                                       ORDER

NEST LABS, INC.,
BEST BUY CO., INC.,
BEST BUY STORES, L.P., and
BESTBUY.COM, LLC,

    Defendants.

By Order dated September 24, 2012, Judge Susan Richard Nelson stayed the above action pending reexamination of the patents-in-suit by the United States Patent and Trademark Office [Docket No. 28].

Counsel have updated the undersigned regarding the current status of the reexaminations and the parties' expectations regarding when a stay may be lifted. Counsel have requested that the litigation remain stayed pending the completion of the last of the reexaminations.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.    The stay will continue as ordered on September 24, 2012 [Docket No. 28].

2.    Any party, or the parties jointly, may move to lift or modify the stay at any time upon showing of good cause.

3. On or before March 1, 2015, counsel shall provide in writing to the undersigned on the status of the reexamination proceedings.

Dated:   August 26, 2014

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge